# EXHIBIT 1

## CONVENTIONALLY SUBMITTED SURVEILLANCE VIDEO