


## UNIFIED METROPOLITAN FORENSIC CRIME LABORATORY

8555 Double Helix Court, Englewood, CO 80112 | 720-845-1596

### Firearms Unit

### NIBIN Lead Notification 2022-09-36

[X] NIBIN Lead - This is an **UNCONFIRMED** NIBIN lead. The NIBIN lead was developed through image review of correlation results and the evidence has **NOT** been microscopically compared. If confirmation of this NIBIN Lead proves necessary, please submit evidence from all cases with a request for comparison.

[ ] NIBIN Hit - This is an **CONFIRMED** NIBIN lead. **ONLY** the cartridge cases entered into the database have been microscopically compared. If complete microscopic comparison of all evidence in a case proves necessary, please submit all evidence in the case with a request for comparison.

| | | | |
|---|---|---|---|
| **Agency Case #:** | Aurora PD AP2022-280585 | **Laboratory Case #:** | 22U02138 |
| **Agency Item #:** | AP281469-1 | **Laboratory Item #:** | RF-001 |
| **Item Description:** | 40 S&W caliber Glock model 22 pistol, serial number UTF293 | | |
| **Offense:** | Fraud | | |
| **Incident Date:** | 09/24/2022 | **Assigned Investigator:** | Brent Maksyn |
| **Incident Location:** | 13123 E 16th Ave | **Investigator E-mail:** | bmaksyn@auroragov.org |

| | | | |
|---|---|---|---|
| **Agency Case #:** | Thornton PD 2021019892 | **Laboratory Case #:** | TPD21-19892 |
| **Agency Item #:** | 472310 | **Laboratory Item #:** | EX-472310 |
| **Item Description:** | One fired 40 S&W caliber Federal brand cartridge case | | |
| **Offense:** | Illegal Discharge | | |
| **Incident Date:** | 12/25/2021 | **Assigned Investigator:** | Unknown |
| **Incident Location:** | 4505 E 122nd Ct | **Investigator E-mail:** | Unknown |