**Incident ID:** 2021019892

**Title :**
**Narrative Type :** MAIN INCIDENT
**Entered On :** 12/26/2021 05:32

**Narrative :** On 12-25-2021 at 2250 hours, I responded to the area of 4505 E 122nd Court, City of Thornton, County of Adams, State of Colorado on the report of shots heard.

I responded to the scene and met with (RP) ▮▮▮▮ (▮▮▮▮) who explained the following: he was inside his home when he heard what sounded like five or six gunshots coming from the west of his house. He retrieved his pistol from his home and went outside to see what happened. Outside, he noticed a late-20s black male, about 5'9" tall, 170 lbs, wearing a grey football jersey with red lettering and the number "44" on the back attempt to jump over the backyard of either 4473 E 122nd Court or 4480 E 122nd Ave. A late-20s Hispanic female, approximately 5'6" tall, "heavy set," wearing a dark long sleeved shirt and blue jeans ran southbound through the grassy area with a late-20s black male, approximately 6'00" tall, 180 pounds, with dreadlock-style hair, a black long sleeved shirt and a pair of jeans. ▮▮▮ told the male attempting to jump the fences to stop and drew his firearm on him. He asked the male if he had a weapon, which he lifted his shirt, revealing multiple layers of clothing, and spun around to show there was no firearm. It was later discovered that a Glock 19x with 21 9mm rounds were found in the approximate area where the male was confronted. In total, ▮▮▮ heard about 15-20 shots.

The male fled the scene northbound, allegedly falling and hitting his face near the rocks, as ▮▮▮ described his face being bloody. He believed he was shot due to the apparent limp he was walking with. Officers were unable to locate any of the parties on foot in the area.

▮▮▮ also described a black Chrysler 300 and a Chevrolet truck being near the address of 4460 E 122nd Court that sped off shortly after the initial gunshots were heard. Officer Gaty and Arellano were en route the address when they noticed a black Chrysler 300 driving at excessive speeds going towards the highway. See their supplements for further.

While conducting a canvas of the area, shell casings were found at the following locations: one 9mm shell casings and thirteen .40 caliber shell casings in front of 4450 E 122nd Court; two 9mm shell casings and one .40 caliber shell casing between 4453 and 4463 E 122nd Court; one 9mm shell casing located next to a trailer in front of 4453 E 122nd Court; and two .40 caliber shell casings next to the trailer in front of 4453 E 122nd Court.

In addition to the live ammo found east along the sidewalk of 4473 E 122nd Court, one live round was found inside the chamber of the Glock 19x; one bullet fragment was located in front of 4450 E 122nd Court; and one 9mm bullet was located underneath a truck in front of 4473 E 122nd Court. A black "West Side" hat was also found in front of 4450 E 122nd Court where witnesses saw the two vehicles.

Multiple vehicles were damaged as a result of the gunfire, which appeared to be coming in both directions due to the shell casings and damages to the vehicles. See Officer deLoache's supplement for further.

While conducting a canvas, I noticed a blue Ford Focus circling around several side streets, and eventually came down 122nd Court. I instructed the driver to stop. I observed a black male, who refused to give me his name, in the passenger seat with a female, later identified as (IO) Christiana Williams ▮▮▮▮ Christiana stated she was picking up her four-year-old brother in the area of 120th Ave and Washington Street and believed she was in the right area. She stated she was with her boyfriend, "Adonis Williams," who was in the passenger seat. At this time, we did not locate the Glock 19x nor the live 9mm bullets. Adonis came back with no record.

I spoke with the homeowner of 4473 E 122nd Court who explained the following: they were in bed when they heard loud noises that they believed to be gunfire coming from outside. They believed their house had been hit. They saw three individuals running eastbound and they believed all three had handguns. They saw one person run northbound and the other two run southbound. They stated their Ring doorbell camera was malfunctioning but would follow up if they were able to retrieve information.

I later spoke with (WI) ▮▮▮ ▮▮▮▮ ) by phone, who explained the following: around 2300 hours, he saw a male and female running southbound, and going east down their street. He described the two in a consistent manner with ▮▮▮. He heard them talking but was unable to decipher what was being said. The male stopped at one point at the southeast corner of their house near the garage door.

Evidence was collected on scene and booked at the Fossil Ridge Public Safety Center, and photographs were uploaded into Evidence.com.

Nothing further.