**Incident ID:** 2021019892

| | |
|---|---|
| **Supplement # :** 2021019892-0036 | **Date/Time :** 03/28/2022 09:33 |
| **Type :** DETECTIVE SUPPLEMENT | **Officer :** DYRUD, GARRETT (9725) |
| **AC Citizen :** NO | **AC Audio :** NO |
| **AC Photos :** NO | **AC Video :** NO |

**Narrative :**

On 03-18-2022 I received a notification from the Colorado Bureau of Investigation notifying me that my entries (spit swab PCN: 472312 and Hat PCN: 472305) were processed and both entered into the CODIS DNA database.

On 03-28-2022 I received a letter from the Colorado Bureau of Investigation stating the following:

*The DNA profile from the scene swabs[possible saliva] (Item 1.1) in your CBI case D22-225 (Thornton Police Department case 2021019892) has had a high stringency match to a profile from the Illinois State Police Offender Database. This information is provided only as an investigative lead and any possible connection or involvement of the individual listed to the case must be determined through further investigation.*

*A high stringency association is an exact match between evaluated loci. A moderate stringency association involves evaluation of loci that may be mixtures and/or missing information. The strength of the association is dependent upon both stringency and completeness of the evaluated loci.*

*Jeremy Tate  DOB:* ▓▓▓▓▓▓▓

Based on this notification, Jeremy Tate was added to the report as an involved party.

I then reviewed the bodycam footage from the night of the incident and several still shot images of the male party in the passenger seat of the blue sedan stopped by patrol (CO license plate ALDP49).  In comparing the still shot images with the mugshot photographs of Jeremy Tate located in law enforcement databases, they appear to be the same party.  This likeness comes from similarities in skin tone, facial structure, facial hair and eye brow shape.

I then attempted to re contact Christiana Williams, the driver of the blue sedan, once more based on these findings.  She had told patrol officers she had made a wrong turn onto the street, however the saliva located for this sample was collected next to a trailer in front of 4453 E 122nd Ct. which is approximately two houses into the cul de sac and officers describe locating it prior to the arrival of Christiana and her passenger.

I attempted to contact Christiana by phone, but was negative contact.

Nothing further at this time.